IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID LEE ARP, | ) | 8:06CV630 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's application to proceed in forma pauperis (filing 1, part 2) is granted; accordingly, Plaintiff shall be allowed to proceed without payment of the filing fee.

October 3, 2006.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge