IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DAVID LEE ARP,                 )          8:06CV630
                                   )
             Plaintiff,    )
    v.                      )          **ORDER**
                                   )
MICHAEL J. ASTRUE, Commissioner )
of the Social Security Administration,  )
                                   )
            Defendant.    )

IT IS ORDERED that Defendant's motion for an enlargement of time (filing 30) is granted, as follows:

Defendant shall have until November 26, 2008, to respond to Plaintiff's motion for attorney fees under 42 U.S.C. § 406(b) (filing 26).

October 28, 2008.          BY THE COURT:

                            s/ *Richard G. Kopf*
                            United States District Judge